January 8, 1982.

441 A.2d 772

Commonwealth v. Asper, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 29, 1981. John Woodcock, Jr., for appellant; Stephen D. Wicks, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., filed a memorandum concurring and dissenting opinion.